UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

U.S. District Court Case No.  1:11-cv-22050-KMW
(consolidated)

| | |
|---|---|
| SOLBY+WESTBRAE PARTNERS, 19SHC, CORP., AJNA BRANDS, INC., 601/1700 NBC, LLC, AXAFINA, INC., AND OXANA ADLER, LLM | Appeal from USBC-Miami |
| | U.S. Bankruptcy Court No.  11-17047-AJC |
| | U.S. Bankruptcy Court No.  11-17051-AJC |
| | U.S. Bankruptcy Court No.  11-17061-AJC |
| Appellants, | |
| v. | |
| FISHER ISLAND INVESTMENTS, INC., MUTUAL BENEFITS OFFSHORE FUND, LTD. AND LITTLE REST TWELVE, INC. | |
| Appellees. | |

_____/

## CORPORATE OWNERSHIP STATEMENT

Pursuant to Rule 7.1, Fed. R. Civ. P., and Rule 7007.1, Fed. R. Bankr. P., the undersigned counsel for Appellees in the above-captioned appeal, states that: (i) Fisher Island Investments, Inc., is 100% owned by parent corporation, Euro Properties Investments III, S.A.; (ii) no publicly held company owns 10% or more of Mutual Benefits Offshore Fund, Ltd.; and (iii) 85% of Little Rest Twelve, Inc. is owned by a private company, Grosvenor Trading House Ltd.

Dated:  October 7, 2011.

                        Respectfully submitted.

By:  */s/ Patricia A. Redmond*
Patricia A. Redmond (Fla. Bar #303739)
STEARNS WEAVER MILLER WEISSLER
 ALHADEFF & SITTERSON, P.A.
150 West Flagler Street, Suite 2200
Miami, FL  33130
Telephone:  (305) 789-3200
Facsimile: (305) 789-3395
predmond@stearnsweaver.com

*Attorneys for Appellees*

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 7, 2011, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record and parties-in-interest via transmission of Notices of Electronic Filing generated by CM/ECF to those counsel or parties who are registered to receive Notices of Electronic Filing in this case.

By: */s/ Patricia A. Redmond*
Patricia A. Redmond

#1259599 v1